## City of Chicago, Appellee, v. Sam Ferreri, Appellant.

### Gen. No. 23,727.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY ·
M. FISHER, Judge, presiding.   Heard in this court at the October
term, 1917.   Affirmed.   Opinion filed March 25, 1918.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff,
against Sam Ferreri, defendant, for keeping a dis-
orderly house in violation of section 2019 of the
Chicago Code.   From a judgment of conviction and
fining him $200 and costs, defendant appeals.

A. B. CHILCOAT, for appellant.

HARRY B. MILLER and DANIEL WEBSTER, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion
of the court.

### Abstract of the Decision.

CRIMINAL LAW, § 409*—*when objection first made on appeal is
too late.*   In a criminal prosecution for keeping a disorderly house
in violation of a city ordinance, an objection by defendant that
he was arrested without a warrant first being issued or complaint
made against him, which is first made on appeal, is too late.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.